**TRACEY L. MONTZ**          2146 Roswell Rd. #108-406
Marietta, GA 30062
(404) 713-6472

tmontztrustee@gmail.com

February 15, 2023

Maresa Snow, Deputy in Charge
United States Bankruptcy Court
Room 339 Federal Building
600 East First Street
Rome, GA 30161-3187

    Re: Tammy Lynn Osborne, Debtor; Chapter 7; Case No. 22-41607-PWB

Dear Ms. Snow:

    I am the Chapter 7 Trustee in the case of the referenced Debtor. It appears there may be funds available for distribution to creditors, and therefore, it is necessary to establish a claims bar date and to mail a proof of claim form to all creditors.

    Thank you for your attention to this matter, and please do not hesitate to contact my office if there are any questions.

    Sincerely yours,

    /s/ TRACEY L. MONTZ
Tracey L. Montz
Chapter 7 Trustee