**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 7** |
| TAMMY LYNN OSBORNE, | ) | |
| | ) | **CASE NO. 22-41607-PWB** |
| DEBTOR. | ) | |
| | ) | **JUDGE BONAPFEL** |

**MOTION TO DISMISS CASE**

Comes now the Debtor, TAMMY LYNN OSBORNE, by and through the undersigned counsel, and moves this Court for an Order dismissing the above-styled bankruptcy action. Therefore, Debtor respectfully shows the Court as follows:

1.

On December 29, 2022, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code.

2.

Debtor no longer wishes to obtain a discharge in Chapter 7 and wishes to dismiss the case.

Wherefore, Debtor prays that this motion be granted and the Court issue an Order dismissing the Chapter 7 case of Debtor.

Respectfully submitted this Friday, March 3, 2023.

 /s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
GEORGIA ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **)** | **CHAPTER 7** |
| **TAMMY LYNN OSBORNE,** | **)** | |
| | **)** | **CASE NO. 22-41607-PWB** |
| **DEBTOR,** | **)** | |
| | **)** | **JUDGE BONAPFEL** |

**NOTICE OF HEARING
FOR MOTION TO DISMISS**

   **PLEASE TAKE NOTICE** that Debtor has filed a Motion to dismiss and related papers with the Court.

   **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Dismiss at the following number: (toll-free number: 833- 568-8864; Meeting ID (161-794-3084) in Courtroom 342, United States Courthouse, 600
East First Street Rome, GA 30161, **at 9:25 am on April 12, 2023,** in Courtroom 342, U.S. Courthouse, 600 East First Street Rome, GA 30161

   Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

   Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 339, 600 East First St., Rome, GA 30161.  You must also mail a copy of your response to the undersigned at the address stated below.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Motion to Dismiss** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Tracey L. Montz
Suite 108 #406
2146 Roswell Road
Marietta, GA 30062

United States Department of Justice
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Dr, SW
Atlanta, GA 30303

Tammy Osborne
235 Charles Rd
Chatsworth, GA 30705

All creditors listed on the attached matrix.

This Friday, March 3, 2023.


  /s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

Label Matrix for local noticing
113E-4
Case 22-41607-pwb
Northern District of Georgia
Rome
Fri Mar  3 12:03:30 EST 2023

1st Digital/Synovus/VT
PO Box 85650
Sioux Falls, SD 57118-5650

American First Finance, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Bright Lending
P.O. Box 578
Hays, MT 59527-0578

Capital One Auto Finance, a division of Capi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank (USA), N.A.
4851 Cox Road
Glen Allen, VA 23060-6293

Charter Communications
1103 S. Hamilton St.
Dalton, GA 30720-7911

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Cooling & Winter, LLC
Atty for Capital One Bank USA
P.O. Box 100150
Marietta, GA 30061-7001

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Dalton Ambulatory Services
1250 Broadrick Dr
Dalton, GA 30720-2503

Dalton Smith
2514 E. Walnut Avenue
Suite 11
Dalton, GA 30721-8785

Dennis E Henry
Atty for Capital One Bank USA
1655 Enterprise Way
Marietta, GA 30067-9209

Emmett L. Goodman, Jr.
Atty for LVNV Funding LLC
544 Mulberry St Ste 800
Macon, GA 31201-8261

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Experian
PO Box 9701
Allen, TX 75013-9701

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Frederick J Hanna & Associates
Atty for LVNV Funding LLC
2253 Northwest Parkway
Marietta, GA 30067-8764

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Global Lending Services
5 Concourse Parkway NE
#2925
Atlanta, GA 30328-7104

Gordon Physicians Group
PO Box 1569
Calhoun, GA 30703-1569

HAMILTON MEDICAL CENTER INC
C/O NATIONWIDE RECOVERY SERVICE
PO BOX 8005
CLEVELAND, TN 37320-8005

Hamilton Medical Center
1200 Memorial Drive
Dalton, GA 30720-2529

I C System
Attn: Bankruptcy
444 Highway 96 East
Saint Paul, MN 55127-2557

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161-1725

LVNV Funding, LLC
c/o Resurgent Capital Services
55 Beattie Pl, Ste 110, MS#402
Greenville, SC 29601-5115

M Douglas Man
2727 Paces Ferry Road
1 Paces West STE 1400
Atlanta, GA 30327-2734

Mattress Firm
800 Walnut Street
Des Moines, IA 50309-3605

Tracey L. Montz
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3815

Murray County Superior Court
121 N. 3rd Avenue
PO Box 1000
Chatsworth, GA 30705-1000

Murray Medical Center
PO Box 1406
Chatsworth, GA 30705-1406

(p)NATIONWIDE RECOVERY SERVICE
ATTENTION PAULA TILLEY
PO BOX 8005
CLEVELAND TN 37320-8005

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Tammy Lynn Osborne
235 Charles Rd
Chatsworth, GA 30705-2610

Quinn Legal, PA
19321 US Hwy. 19 N.
Ste. 512
Clearwater, FL 33764-3143

Marc E. Ripps
Marc E. Ripps, Esq.
P O Box 923533
Norcross, GA 30010-3533

(p)SN SERVICING CORPORATION
323 FIFTH ST
EUREKA CA 95501-0305

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Social Security Admin
155-10 Jamaica Ave 11th Floor
Jamaica, NY 11432

TBOM/Fortiva MC
PO Box 105555
Atlanta, GA 30348-5555

Trans Union
PO Box 1000
Chester, PA 19016-1000

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

US Dept of Ed/GLELSI
2401 International Lane
Madison, WI 53704-3121

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Us Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301-7441

Verizon Wireless
3 Verizon Plaza
Alpharetta, GA 30004-8510


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

Nationwide Recovery Serv
545 W Inman St
Cleveland, TN 37311

SN Servicing Corporation
323 5th Street
Eureka, CA 95501


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American First Finance, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

(d)Tracey L. Montz
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3815

(u)U.S. Bank Trust National Association

End of Label Matrix

Mailable recipients    46
Bypassed recipients     3
Total                  49